1
2
3
4
5
6
7
8
9        UNITED STATES DISTRICT COURT
10    CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
11
12
13
14

15  MICHAEL O. DEVAUGHN,              ) CV 12-01819-TJH (SH)
                                      )
16                    Petitioner,     ) ORDER ACCEPTING  REPORT
                                      ) AND RECOMMENDATION
17                                    ) OF  UNITED STATES
                                      ) MAGISTRATE JUDGE
18         v.                         )
                                      )
19  LEROY BACA, (Sheriff),            )
                                      )
20                                    )
                                      )
21                    Respondent.     )
                                      )
22  _____  )

23        Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the

24  Petition, all of the records and files herein and the attached Report and

25  Recommendation of the United States Magistrate Judge, and has made a de novo

26  determination of the Report and Recommendation.  The Court concurs with and

27  accepts the conclusions of the Magistrate Judge.

28        IT IS ORDERED that the Petition filed herein is denied and the action is

1

dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: <u>October 1, 2012</u>

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

2