1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

10
11
12

13    MICHAEL O. DEVAUGHN,              ) CV 12-01819-TJH (SH)
                                        )
14                    Petitioner,       ) JUDGMENT
                                        )
15          v.                          )
                                        )
16    LEROY BACA, SHERIFF,              )
                                        )
17                    Respondent.       )
18    _____)

           IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and
19
the action is dismissed.
20
DATED: October 1, 2012
21

22

23                                      _____
                                           TERRY J. HATTER, JR.
24                                      UNITED STATES DISTRICT JUDGE

25
26
27
28

                                        1