UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MICHAEL O. DEVAUGHN,<br><br>    Petitioner,<br><br>  v.<br><br>LEROY BACA, SHERIFF,<br><br>    Respondent. | ) CV 12-01819-TJH (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed.

DATED: October 1, 2012

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE